[No. 34495. Department Two. January 31, 1958.]

*In the Matter of the Application for a Writ of Habeas Corpus of* MARTIN HOLOHAN, *Petitioner,* v. B. J. RHAY, *as Superintendent of the State Penitentiary, Respondent.*[2]

*Martin Holohan, pro se.*

*The Attorney General* and *Michael R. Alfieri, Assistant,* for respondent.

PER CURIAM.—On December 26, 1955, the petitioner entered a plea of guilty to the crime of taking a motor vehicle without permission of

[1]Reported in 320 P. (2d) 1102.

[2]Reported in 321 P. (2d) 259.

the owner in violation of RCW 9.54.020, Rem. Rev. Stat., § 2601-1. Judgment and sentence was entered by the superior court January 18, 1956, providing that petitioner be punished by imprisonment for a period of not more than twenty years.

For the reasons indicated in the *per curiam* opinion in *In re Richey v. Squier, ante* p. 38, 315 P. (2d) 638, filed September 17, 1957, the petitioner is to be returned to the court where his plea was entered, and that court is directed to impose a corrected sentence of not more than ten years, as provided by the properly applicable statute, *i.e.*, RCW 9.92.010, Rem. Rev. Stat., § 2265.

Writ of *habeas corpus* denied; imposition of corrected sentence directed.